UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
CASE NO.

**08-21919-CIV-HOEVELER/GARBER**

BISCAYNE TOWING & SALVAGE, INC.,
and TRIPLECHECK, INC. d/b/a
SEA TOW MIAMI,
     Plaintiffs,

vs.

RENZO RENZI and AMADA HOLDINGS
INC., in personam, and M/Y AMADA,
U.S. Documentation No. 1155137, its engines,
boats, equipment, machinery, furnishings,
apparel and appurtenances, etc., in rem,
     Defendants
_____/



FILED by ___ D.C.
JUL 1 8 2008
STEVEN M. LARIMORE
CLERK U.S DIST CT
S.D. OF FLA. MIAMI

## ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST

This cause came before the Court on Plaintiff's Motion for Order Directing the Issuance of Warrant of Arrest. Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule C(2)(a), the Clerk is directed to issue a warrant of arrest in the above-styled action.

DONE AND ORDERED at Miami, Miami-Dade County, Florida, on this 15th day of July, 2008.

           _____
           UNITED STATES DISTRICT JUDGE

copies furnished to:
Law Office of John H. Thomas, P.A.
Michael J. McHale, P.A.

6157 warrant order