1939/M-Intervene-O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO: 08-21919-CIV-HOEVELER/GARBER

BISCAYNE TOWING & SALVAGE, INC.
and TRIPLECHECK, INC. d/b/a SEA TOW
MIAMI,
       Plaintiffs,
vs.

RENZO RENZI and AMADA HOLDINGS,
INC., in personam, and M/Y AMADA,
U.S. Documentation No. 1155137, its engines
boats, equipment, machinery, furnishings,
apparel and appurtenances, etc., in rem,

       Defendants.
_____/

## ORDER GRANTING UNOPPOSED EMERGENCY MOTION TO INTERVENE ON BEHALF OF TOW TELL MARINE SERVICES, LLC

THIS CAUSE is before the Court upon the Unopposed Emergency Motion to Intervene on behalf of TOW TELL MARINE SERVICES, LLC and the Court having been fully advised in the premises and the agreement of counsel for Plaintiffs, and upon consideration of the record in this cause, it is

ORDERED AND ADJUDGED that said Motion to Intervene is GRANTED. The Verified Intervening Complaint for TOW TELL MARINE SERVICES, LLC is deemed filed as of the date of this Order.

DONE AND ORDERED at Miami, Miami Dade County, Florida, this 9th day of August, 2008.

                                          /s/ Wm M Hoeveler
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
John H. Thomas, Esquire
Michael J. McHale, Esquire
Michael C. Black, Esquire