1764\Order-Warr-2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO: 08-21919-CIV-HOEVELER/GARBER

BISCAYNE TOWING & SALVAGE, INC.
and TRIPLECHECK, INC. d/b/a SEA TOW MIAMI,
    Plaintiffs,

and

TOW TELL MARINE SERVICES, LLC d/b/a
H20 TOWING & SALVAGE

    Intervening Plaintiff,

vs.

RENZO RENZI and AMADA HOLDINGS,
INC., in personam, and M/Y AMADA,
U.S. Documentation No. 1155137, its engines
boats, equipment, machinery, furnishings,
apparel and appurtenances, etc., in rem,

    Defendants.
_____/



FILED by ___ D.C.
AUG - 8 2008
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

## ORDER DIRECTING THE ISSUANCE OF A
## SUPPLEMENTAL WARRANT OF ARREST

Pursuant to Intervening Plaintiff, TOW TELL MARINE SERVICES, LLC d/b/a H20 TOWING & SALVAGE'S Emergency Motion for Order Directing Issuance of Supplemental Warrant of Arrest in rem and Supplemental Rule (C) (1) and Local Admiralty Rule C (2)(a), the Clerk is directed to issue a supplemental warrant of arrest upon the M/Y AMADA in the above-styled action.

DONE AND ORDERED at Miami, Florida, this __8th__ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
John H. Thomas, Esquire
Michael J. McHale, Esquire
Michael C. Black, Esquire